COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:     01-11-00552-CV

Style:     Maxine Adams and Cecil Adams

    v. Rebecca Ross

Date motions filed[*]:     July 16, 2013; July 17, 2013

Type of motion:     Maxine Adams' Motion to Proceed Without Costs; Emergency Motion for Order of Relief From Memorandum Order Signed on March 26, 2012

Party filing motion:     Appellants

Ordered that motion is:

☐     Granted

If document is to be filed, document due: July 31, 2013

☐     The Court will not grant additional motions to extend time absent extraordinary circumstances

☒     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

**Because Cecil Adams, who is not a licensed attorney, may not practice law on behalf of Maxine Adams, he could not file an affidavit on her behalf.** *See* **TEX. GOV'T CODE ANN. §§ 81.101, 81.102 (West 2005);** *see also Rodriguez v. Press,* **No. 01-08-00326-CV, 2009 WL 4856325, * 1 n.2 (Tex. App.—Houston [1st Dist.] Dec. 17, 2009, no pet.);** *Jimison by Parker v. Mann,* **957 S.W.2d 860, 861 (Tex. App.— Amarillo 1997, no writ);** *Magaha v. Holmes,* **886 S.W.2d 447, 448 (Tex. App.— Houston [1st Dist.] 1994, no writ). Accordingly, we deny the motions.**

Judge's signature: _____

☒ Acting individually     ☐ Acting for the Court

What Panel consists of     _____

Date:     7/19/2013

November 7, 2008 Revision